UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEAN CARLOS MORENO TOVAR,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX
DETENTION FACILITY,

Respondent.

No.  1:26-cv-02431-DAD-EFB (HC)

ORDER

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1]  Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to show cause why the writ should not be granted by filing an answer/return within 14 days from the date of this order.  *See* 28 U.S.C. § 2243.  Petitioner may file a reply/traverse to the answer/return within 7 days after being served a copy of it.

////

---

[1]  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

1

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel for petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Nic Cannarozzi, Courtroom Deputy for Magistrate Judge Edmund Brennan via email at ncannarozzi@caed.uscourts.gov who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act Panel, the court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this court pursuant to Local Rule 180(b)(1).

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Within 30 days from the date of this order, petitioner shall file an application to proceed in forma pauperis or pay the appropriate $5 filing fee for this action.  The Clerk of Court is directed to send petitioner the application to proceed in forma pauperis for a non-prisoner.

2.  Petitioner's motion for appointment of counsel (ECF No. 2) is GRANTED.  Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Nic Cannarozzi, Courtroom Deputy for Magistrate Judge Edmund Brennan via email at ncannarozzi@caed.uscourts.gov who shall update the docket to reflect counsel's appointment.

3.  The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment, along with a copy of the § 2241 petition.

4.  Additionally, the Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

5.  Respondent is directed to file an answer/return within 14 days from the date of this order.  If an answer/return is filed, respondent shall include with the answer/return any

2

and all transcripts or other documents relevant to the determination of the issues presented in the application.

6.  Petitioner's reply/traverse, if any, is due within 7 days after being served a copy of respondent's answer/return.

7.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United States Attorney.

DATED:  April 14, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3